IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cv 239

| | |
|---|---|
| PABLO GARCIA GARCIA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| EDITH MARISOL SANCHEZ ) | |
| SEGOVIA and JULIO SANCHEZ, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

Pending before the Court is Respondents' Motion to Seal [# 14]. Respondents have filed a Supplemental Affidavit [# 12] that contains private information regarding a minor. Respondents ask the Court to seal the Supplemental Affidavit—including Exhibits 1, 2, and 3—due to the sensitive nature of the information and because such information does not serve a strong public interest.

The Court believes that in this case sealing the Supplemental Affidavit will protect the identity, privacy, and confidential medical history of a minor child who is not a party to this action. See Briggs v. Marriott Int'l, Inc., 368 F. Supp. 2d 461, 463 n. 1 (D. Md. 2005) (sealing sensitive medical records), aff'd, 205 Fed. Appx. 183 (4th Cir. 2006); Mears v. Atlantic Southeast Airlines, Inc., 1:12-cv-613-F, 2014 WL 5018907, at *2 (E.D.N.C. Oct. 7, 2014) (granting motion to seal to protect minor children's privacy interests).

Therefore, the Court **GRANTS** the motion [# 14] and directs the Clerk to **SEAL** the Supplemental Affidavit and Exhibits 1, 2, and 3 [# 12], subject to access by the court and the parties.

Signed: November 19, 2017

Dennis L. Howell
United States Magistrate Judge