IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cv 239

| | | |
|---|---|---|
| PABLO GARCIA GARCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDITH MARISOL SANCHEZ SEGOVIA and JULIO SANCHEZ, | ) ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on Respondents' Motion to Seal (# 16), in which Respondents seek to file the three following supplemental exhibits under seal:

(1) The minor child's medical records from Wake Forest Baptist Health (Supplemental Exhibit 4);

(2) The minor child's recent medical report from Mexico (Supplemental Exhibit 5); and

(3) Photographs of the minor child in Mexico (Supplemental Exhibit 6). See Mot. Seal (# 16) at 2.

The Court finds good cause for Respondents' request, which complies with Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 6.1. Moreover, Petitioner consents to the motion. For these reasons, Respondents' Motion to Seal

(# 16) is GRANTED. Respondents are DIRECTED to promptly file Supplemental Exhibits 4, 5, and 6. This Order does not apply to the parties, their counsel, or the Court.

Signed: November 20, 2017

Dennis L. Howell
United States Magistrate Judge