THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00239-MR-DLH

| | |
|---|---|
| PABLO GARCIA GARCIA, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>EDITH MARISOL SANCHEZ )<br>SEGOVIA and JULIO SANCHEZ, )<br>)<br>Respondents. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Respondents' Motion to Dismiss [Doc. 8] and the Magistrate Judge's Memorandum and Recommendation [Doc. 21] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the Respondents' motion and to submit a recommendation for its disposition.

On November 22, 2017, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a recommendation regarding the Respondents' motion. [Doc. 21]. The parties were advised that any objections to the Magistrate Judge's

Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Respondents' Motion to Dismiss should be granted and this case should be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 21] is **ACCEPTED**; the Respondents' Motion to Dismiss [Doc. 8] is **GRANTED**; and this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: December 29, 2017

Martin Reidinger
United States District Judge