# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Pablo Garcia Garcia, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:17cv239 |
| | ) | |
| vs. | ) | |
| | ) | |
| Edith Marisol Sanchez, | ) | |
| Segovia and Julio Sanchez | ) | |
| | ) | |
| Respondents | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 29, 2019 Order.

December 29, 2017

Frank G. Johns, Clerk
United States District Court